## NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

**05-1167**


REGINALD BREAUX

VERSUS

SMITH & ASSOCIATES, INC. D/B/A
PRO AUTO RENTALS AND CARMEL
JOSEPH


\*\*\*\*\*\*\*\*\*\*\*\*


APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT,
PARISH OF LAFAYETTE, NO. 2003-6317,
HONORABLE KRISTIAN EARLES, DISTRICT JUDGE


\*\*\*\*\*\*\*\*\*\*\*\*


**MICHAEL G. SULLIVAN
JUDGE**


\*\*\*\*\*\*\*\*\*\*\*\*


Court composed of Jimmie C. Peters, Michael G. Sullivan, and Glenn B. Gremillion, Judges.


**AFFIRMED.**

**C. E. Bourg, II
Attorney at Law
Post Office Box 643
Morgan City, Louisiana 70381
(985) 384-1628
Counsel for Defendant/Appellant:
        Smith & Associates, Inc. d/b/a Pro Auto Sales**

**David M. Kaufman**
**David M. Kaufman Law Corporation**
**Post Office Box 4604**
**Lafayette, Louisiana 70502**
**(337) 231-5150**
**Counsel for Plaintiff/Appellee:**
     **Reginald Breaux**